IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Sandra Couch, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. 1:14-CV-2564-MHC |
| Eli Lilly and Company, and Does 1-50 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ELI LILLY AND COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

1. The undersigned Counsel of Record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   a. Plaintiff Sandra Couch;

   b. Defendant Eli Lilly and Company;

Eli Lilly and Company further states that it has no parent corporation and that no publicly held company owns 10% or more of Lilly's stock.

2. The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

  Michael L. Baum
  R. Brent Wisner
  BAUM, HEDLUND, ARISTEL & GOLDMAN, P.C.
  12100 Wilshire Boulevard
  Suite 950
  Los Angeles, CA 90025

  S. Samuel Griffin
  LAW OFFICES OF S. SAMUEL GRIFFIN
  P.O. Box 77373
  Atlanta, GA 30357

  Harris L. Pogust
  T. Matthew Leckman
  POGUST BRASLOW &
  MILLROOD, LLC
  Eight Tower Bridge, Suite 1520
  161 Washington Street
  Conshohocken, PA 19428

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>For Plaintiff</u>:

Michael L. Baum
R. Brent Wisner
BAUM, HEDLUND, ARISTEL & GOLDMAN, P.C.
12100 Wilshire Boulevard
Suite 950
Los Angeles, CA 90025

S. Samuel Griffin
LAW OFFICES OF S. SAMUEL GRIFFIN
P.O. Box 77373
Atlanta, GA 30357

Harris L. Pogust
T. Matthew Leckman
POGUST BRASLOW &
MILLROOD, LLC
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428

<u>For Eli Lilly and Company:</u>

Stephen M. Brooks
Lucas A. Westby
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363

Respectfully submitted this 16th day of January, 2015.

/s/ Stephen M. Brooks
Stephen M. Brooks
Georgia Bar No. 085151
Lucas A. Westby
Georgia Bar No. 594008
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Tel: (404) 322-6000
Fax: (404) 322-1600
stephen.brooks@nelsonmullins.com
lucas.westby@nelsonmullins.com

*Counsel for Eli Lilly and Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Sandra Couch, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. 1:14-CV-2564-MHC |
| Eli Lilly and Company and Does 1-50 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that service of the ***Eli Lilly and Company's Certificate of Interested Persons and Corporate Disclosure*** was made by means of the Notice of Electronic Filing and U.S. Mail, this 16th day of January, 2015, to the following counsel of record:

    Michael L. Baum
    R. Brent Wisner
    BAUM, HEDLUND, ARISTEL & GOLDMAN, P.C.
    12100 Wilshire Boulevard
    Suite 950
    Los Angeles, CA 90025

    S. Samuel Griffin
    LAW OFFICES OF S. SAMUEL GRIFFIN
    P.O. Box 77373
    Atlanta, GA 30357

Harris L. Pogust
T. Matthew Leckman
POGUST BRASLOW &
MILLROOD, LLC
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428

*Counsel for Plaintiff*

                                        /s/ Stephen M. Brooks
                                        Stephen M. Brooks
                                        Georgia Bar No. 085151
                                        Lucas A. Westby
                                        Georgia Bar No. 594008
                                        NELSON MULLINS RILEY &
                                        SCARBOROUGH LLP
                                        201 17th Street NW, Suite 1700
                                        Atlanta, GA 30363
                                        Tel: (404) 322-6000
                                        Fax: (404) 322-1600
                                        stephen.brooks@nelsonmullins.com
                                        lucas.westby@nelsonmullins.com

                                        *Counsel for Eli Lilly and Company*