IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Sandra Couch, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:14-CV-2564-MHC |
| Eli Lilly and Company, and Does 1-50 ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ELI LILLY AND COMPANY'S
### CERTIFICATE OF SERVING DISCOVERY

I hereby certify that on February 17, 2015, I served a copy of following discovery:

1. Defendant's First Set of Interrogatories to Plaintiff Sandra Couch;

2. Defendant's First Request for Production of Documents to Plaintiff Sandra Couch;

3. Notice of Deposition of Patrick Coleman, MD; and

4. Notice of Deposition of Alan Perry, MD

by email to the following counsel of record:

Michael L. Baum
R. Brent Wisner
BAUM, HEDLUND, ARISTEL & GOLDMAN, P.C.
12100 Wilshire Boulevard
Suite 950
Los Angeles, CA 90025

S. Samuel Griffin
LAW OFFICES OF S. SAMUEL GRIFFIN
P.O. Box 77373
Atlanta, GA 30357

Harris L. Pogust
T. Matthew Leckman
POGUST BRASLOW &
MILLROOD, LLC
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428

*Counsel for Plaintiff*

          */s/ Lucas A. Westby*
          Stephen M. Brooks
          Georgia Bar No. 085151
          Lucas A. Westby
          Georgia Bar No. 594008
          NELSON MULLINS RILEY &
          SCARBOROUGH LLP
          201 17th Street NW, Suite 1700
          Atlanta, GA 30363
          Tel: (404) 322-6000
          Fax: (404) 322-1600
          stephen.brooks@nelsonmullins.com
          lucas.westby@nelsonmullins.com

          *Counsel for Eli Lilly and Company*