IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Sandra Couch, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | |
| Eli Lilly and Company, and Does 1-50 ) | NO. 1:14-CV-2564-MHC |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT ELI LILLY AND COMPANY'S
## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Eli Lilly and Company ("Lilly") hereby gives notice that on March 31, 2015, the United States District Court for the Southern District of Florida issued an Order denying Plaintiffs' Motion to Transfer Venue in *Gollin v. Eli Lilly and Company,* Case No. 14-CV-61810 (attached as Exhibit A), which addresses the issues raised in Plaintiff's nearly identical Motion to Transfer Venue filed in this case on February 18, 2015 [Dkt. 13].

[SIGNATURE PAGE TO FOLLOW]

Respectfully submitted this 1st day of April, 2015.

        <u>*/s/ Lucas A. Westby*</u>
        Stephen M. Brooks
        Georgia Bar No. 085151
        Lucas A. Westby
        Georgia Bar No. 594008
        NELSON MULLINS RILEY &
        SCARBOROUGH LLP
        201 17th Street NW, Suite 1700
        Atlanta, GA 30363
        Tel: (404) 322-6000
        Fax: (404) 322-1600
        stephen.brooks@nelsonmullins.com
        lucas.westby@nelsonmullins.com

        *Counsel for Eli Lilly and Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Sandra Couch, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:14-CV-2564-MHC |
| Eli Lilly and Company and Does 1-50 ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2015, I electronically filed the foregoing

***Defendant Eli Lilly and Company's Notice of Supplemental Authority*** with the

Clerk of Court using the CM/ECF system, which will automatically send e-mail

notification of such filing to the following attorneys of record:

    Michael L. Baum
    R. Brent Wisner
    BAUM, HEDLUND, ARISTEL & GOLDMAN, P.C.
    12100 Wilshire Boulevard
    Suite 950
    Los Angeles, CA 90025

    S. Samuel Griffin
    LAW OFFICES OF S. SAMUEL GRIFFIN
    P.O. Box 77373
    Atlanta, GA 30357

Harris L. Pogust
T. Matthew Leckman
POGUST BRASLOW &
MILLROOD, LLC
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428

*Counsel for Plaintiff*

/s/ Lucas A. Westby
Stephen M. Brooks
Georgia Bar No. 085151
Lucas A. Westby
Georgia Bar No. 594008
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Tel: (404) 322-6000
Fax: (404) 322-1600
stephen.brooks@nelsonmullins.com
lucas.westby@nelsonmullins.com

*Counsel for Eli Lilly and Company*