IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Sandra Couch,<br><br>       Plaintiff,<br><br>v.<br><br>Eli Lilly and Company, and Does 1-50<br><br>       Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-CV-2564-MHC |

## JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

**1.   Description of Case:**

  **(a)   Describe briefly the nature of this action.**

  This is a product liability action asserting claims for personal injuries arising from Plaintiff Sandra Couch's use of Cymbalta®, a prescription medication that was FDA-approved for the treatment of Major Depressive Disorder, Generalized Anxiety Disorder, Diabetic Peripheral Neuropathic Pain, Fibromylagia, and Chronic Musculoskeletal Pain. Plaintiff claims that she experienced adverse symptoms upon discontinuation of Cymbalta®. Plaintiff asserts claims for negligence, design defect, failure to warn, strict liability, negligent misrepresentation, fraud, breach of implied warranty, and violation of Georgia's Fair Business Practices Act. Defendant Eli Lilly and Company ("Lilly") denies Plaintiff's claims and denies that any of Plaintiff's alleged injuries were caused by Cymbalta®.

  This case is one of over forty product liability lawsuits concerning Cymbalta® that have been filed to date. Counsel for the parties to this case have been engaged in discovery in other cases. The parties to this action agree that any

Respectfully submitted this 17th day of February, 2015.

| | |
|---|---|
| */s/ R. Brent Wisner* | */s/ Stephen M. Brooks* |
| R. Brent Wisner | Stephen M. Brooks |
| Admitted *Pro Hac Vice* | Georgia Bar No. 085151 |
| BAUM, HEDLUND, ARISTEL & | stephen.brooks@nelsonmullins.com |
| GOLDMAN, P.C. | Lucas A. Westby |
| 12100 Wilshire Boulevard | Georgia Bar No. 594008 |
| Suite 950 | lucas.westby@nelsonmullins.com |
| Los Angeles, CA 90025 | NELSON MULLINS RILEY & |
| | SCARBOROUGH LLP |
| S. Samuel Griffin | 201 17th Street, NW |
| LAW OFFICES OF S. SAMUEL | Suite 1700 |
| GRIFFIN | Atlanta, GA 30363 |
| P.O. Box 77373 | (404) 322-6000 |
| Atlanta, GA 30357 | (404) 322-6050 (fax) |
| | |
| *Counsel for Plaintiff* | *Counsel for Eli Lilly and Company* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as modified above.

IT IS SO ORDERED, this ____3rd____ day of _____June_____, 20_15_.

_____
MARK H. COHEN
United States District Judge

14